UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Eric Robbins, | x<br>:<br>: |
| Plaintiff, | : Civil Action No. 22-cv-7648<br>: |
| v. | : **NOTICE OF REMOVAL**<br>: |
| Bank of America, National Association, | :<br>: |
| Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>x |

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant Bank of America, National Association ("BANA") petitions this Honorable Court for an order pursuant to 28 U.S.C. § 1441, et. seq. removing to the United States District Court, Eastern District of New York a matter instituted in the Supreme Court of the State of New York, Queens County bearing Index number 433/2022.

**PLEASE TAKE FURTHER NOTICE** that a copy of this removal petition has been filed with the Clerk of the Supreme Court of New York, Queens County thereby effecting.removal pursuant to 28 U.S.C. § 1446(b).

**PLEASE TAKE FURTHER NOTICE** that by effecting removal of this civil action, BANA reserves all rights to raise any and all defenses available under the Federal Rules of Civil Procedure including, but not limited to, Federal Rule of Civil Procedure 12.

**PLEASE TAKE FURTHER NOTICE** that in support of this Notice of Removal, BANA relies upon the following:

1. Plaintiff Eric Robbins ("Plaintiff") commenced this action with the filing of Complaint in the Supreme Court of the State of New York, Queens County, bearing Index no. 433/2022 (the "State Court Action").

2. A true and accurate copy of the Summons and Complaint filed by Plaintiff in the State Court Action is attached hereto and incorporated herein as Exhibit "A" and constitutes all process, pleadings and orders filed in the State Court Action to date within the meaning and intent of 28 U.S.C. § 1446.

3. Upon information and belief Plaintiff has never served process on defendant BANA. Upon information and belief BANA became aware of the State Court Action no earlier than November 18, 2022.

4. The filing of the within petition is timely in that same was filed prior to the expiration of thirty (30) days following service of the Summonses and Complaint within the meaning and intent of 28 U.S.C. § 1446.

5. As alleged in the State Court Action, Plaintiff, an individual named as a party, is a resident of the State of New York (*see* Exhibit A ¶1). Upon information and belief, and subject to Local Rule 81.1, Plaintiff maintains an address at 117-55 142nd Street, Jamaica, NY 11436.

6. BANA is a National Bank with its main office located at 100 North Tryon Street, Charlotte, NC 28255 (*see* Exhibit A ¶2) as listed in its articles of association, and is therefore a citizen of the State of North Carolina. *See OneWest Bank, N.A. v. Melina,* 827 F.3d 214, 219 (2d Cir. 2016).

7. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs (*see* Exhibit A at 14, DEMAND "punitive damages of $350,000.00").

8. On the basis of the facts set forth herein, diversity jurisdiction over this action exists pursuant to 28 U.S.C. § 1332.

**WHEREFORE**, BANA respectfully requests removal of the above-captioned action from the Supreme Court of the State of New York, Nassau County, to this Court.

Dated: New York, New York
December 16, 2022

WINSTON & STRAWN, LLP
*Attorneys for Defendant Bank of America, National Association*

BY: /s/ *Michael E. Blaine*
Michael E. Blaine, Esq.
200 Park Avenue
New York, NY 10166-4193
212-294-4754
mblaine@winston.com