UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
ERIC ROBBINS,

                Plaintiff,                        JUDGMENT
      v.                                    22-CV-07648 (HG)

BANK OF AMERICA, NATIONAL ASSOCIATION,

                Defendant.
----------------------------------------------------------- X

    A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge, having been filed on September 13, 2023, denying Plaintiff's request to remand this case to state court; denying Plaintiff's request to stay the state court eviction proceedings against him, See ECF No. 7; granting Defendant's request to dismiss Plaintiff's claims without leave to amend, See ECF No. 6; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

    ORDERED and ADJUDGED that Plaintiff's request to remand this case to state court is denied; that Plaintiff's request to stay the state court eviction proceedings against him is denied, See ECF No. 7; that Defendant's request to dismiss Plaintiff's claims without leave to amend, See ECF No. 6 is granted; that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY                            Brenna B. Mahoney
       September 14, 2023                    Clerk of Court

                                         By: */s/Jalitza Poveda*
                                           Deputy Clerk